No. 02–232.  RUNYAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–233.  NHAN KHIEM TRAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–237.  CIESZKOWSKA *v.* NATIONAL LABOR RELATIONS BOARD, OFFICE OF GENERAL COUNSEL.  C. A. 2d Cir.  Certiorari denied.

No. 02–238.  HICKMAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–239.  GRANT *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 02–250.  CLARK *v.* MINETA, SECRETARY OF TRANSPORTATION, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 02–256.  FREY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–270.  DODSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–284.  SMITH *v.* RIGG.  C. A. 9th Cir.  Certiorari denied.

No. 02–294.  MOISES, AKA ALPHA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–301.  NGUYEN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–303.  CUNNINGHAM *v.* PAIGE, SECRETARY OF EDUCATION.  C. A. 3d Cir.  Certiorari denied.

No. 02–304.  FERMIN *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 5th Cir.  Certiorari denied.

No. 02–318.  OLIVARES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–326.  ROLLE ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.